Daniel L. Barton, Esq., (SBN: 135806)

**Nolan, Armstrong & Barton, LLP**

600 University Ave. \ Palo Alto, Ca. 94301
Tel.  (650) 326-2980  Fax (650) 326-9704

Attorney for Defendant
James Kuang

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES KUANG and PHILIP KUANG,<br><br>Defendants. | Case No. CR-09-00080 DLJ<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME FROM MAY 8, 2009 TO JUNE 12, 2009 FROM THE SPEEDY TRIAL ACT CALCULATION [18 U.S.C. § 3161(h)(7)(A)]** |

The United States of America, by and through Joseph Russoniello, United States Attorney for the Northern District of California, and Kyle F. Waldinger, Assistant United States Attorney for said District, and defendant James Kuang, through his attorney Daniel L. Barton, and defendant Philip Kuang, through his attorney Douglas Horngrad, hereby stipulate and agree that the status hearing presently set in this matter for May 8, 2009 may be continued to Friday, June 12, 2009.

The parties further stipulate that the time between May 8, 2009 and June 12, 2009 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161, and agree that the failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

- 1 -
**STIPULATION AND ORDER CONTINUING STATUS HEARING**

1  Finally, the parties agree that the ends of justice served by granting the requested
2  continuance outweigh the best interest of the public, and the defendant in a speedy trial
3  and in the prompt disposition of cases.  18 U.S.C. § 3161(h)(7)(A).
4  This stipulation is entered into for the following reasons:  (1) The United States
5  Attorney has provided defense counsel with a large volume of documentation related to
6  this case; (2) defense counsel needs additional time to review the records, consult with
7  their clients, and research and investigate issue related to the defense of this case; and
8  (3) the granting of  this continuance will facilitate further discussions that may result in a
9  negotiated disposition of the charges.
10  For the foregoing reasons, it is respectfully requested that the status hearing be
11  continued to June 12, 2009, at 9:00 a.m., and the time between May 8, 2009 and
12  June 12, 2009 be excluded under the Speedy Trial Act.

NOLAN, ARMSTRONG & BARTON LLP

Dated: 4/30/09_____      _____/s/_____
                                Daniel L. Barton
                                Attorney for Defendant James Kuang

Dated: 4/30/09_____    _____/s/_____
                                Douglas Horngrad
                                Attorney for Defendant Philip Kuang

                                JOSEPH P. RUSSONIELLO
                                United States Attorney

Dated: 4/30/09_____    __/s/_____
                                Kyle Waldinger
                                Assistant United States Attorney

ORDER

Based on the facts set out above, the Court finds that, taking into account the public interest in the prompt disposition of criminal cases, granting a continuance until

June 12, 2009, is necessary based on the need for effective preparation of defense counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  Given these circumstances, the Court finds that the ends of justice served by excluding the period from May 8, 2009, to June 12, 2009, outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).  Accordingly, the Court sets a status hearing in this matter for June 12, 2009, and orders that the period from May 8, 2009, to June 12, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(B)(iv).

     IT IS SO ORDERED.

Dated: May 1, 2009

_____
The Honorable D. Lowell Jensen
United States Senior District Judge

**STIPULATION AND ORDER CONTINUING STATUS HEARING**