1  STEVEN G. KALAR
   Federal Public Defender
2  NED SMOCK
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )   No. CR-09-00080 DLJ
                                    )
12              Plaintiff,          )   STIPULATION PERMITTING TRAVEL
                                    )   AND [] ORDER
13 vs.                              )
                                    )
14 JAMES KUANG,                     )
                                    )
15              Defendant.          )
   _____)
16

17     Defendant James Kuang has been supervised in this District for more than two years. He

18 has requested permission to travel to China in order to visit family. He plans to fly from San

19 Francisco to Hong Kong on July 29, 2013. He will then take a boat to mainland China and will

20 be staying in Canton, China. He will return to San Francisco on August 29, 2013.

21     The assigned Probation Officer, Barry Fisher, has informed defense counsel that he does

22 not oppose this request. Mr. Kuang has performed well on supervision and has incurred no

23 known violations. His mandatory assessment fee is paid in full and he has been in full

24 compliance with his payment schedule on the restitution imposed at sentencing. In addition, he

25 has maintained employment throughout supervision.

26     Mr. Kuang was previously represented by retained counsel. The Federal Public Defender

has not been appointed to represent him, but asks to be permitted to file this stipulation on his behalf as a matter of administrative convenience.

**SO STIPULATED:**

DATED:     July 11, 2013                             /s/ Ned Smock
                                                     NED SMOCK
                                                     Assistant Federal Public Defender


DATED;     July 11, 2013                             /s/ Kyle Waldinger
                                                     KYLE WALDINGER
                                                     Assistant United States Attorney


**ORDER**

Based on the stipulation of the parties, it is hereby ORDERED that James Kuang shall be permitted to travel to China between July 29, 2013 and August 29, 2013, provided that he maintain contact with his Probation Officer as directed and that he share with his Probation Officer any documents, tickets, plans, or itineraries as requested.  All other conditions of Supervised Release shall remain in place.

IT IS SO ORDERED.

ïEDCGEÐFH
Date                                                 HON. D. LOWELL JENSEN
                                                     UNITED STATES DISTRICT JUDGE

2